PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00016-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER SETTING STATUS CONFERENCE; ORDER |
| v. | |
| DENNIS FALASCHI, | |
| Defendant. | |

On January 27, 2023, the court issued a minute order severing Counts 1-2 and Counts 3-5 in the Indictment in *United States v. Dennis Falaschi*, Case No. 1:22-cr-00103-JLT-SKO. Counts 3-5 were assigned a new case, *United States v. Dennis Falaschi*, Case No. 1:23-cr-00016-JLT-SKO.

A status conference in Case No. 1:22-cr-00103 is scheduled for May 3, 2023, at 1:00 p.m., before the Hon. Sheila K. Oberto, and time under the Speedy Trial Act has been excluded through that date in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

1    IT IS STIPULATED between the parties through their respective counsel that a status conference in Case No. 1:23-cr-00016 should also be scheduled for May 3, 2023, at 1:00 p.m., before the Hon. Sheila K. Oberto.  The parties believe that the current time exclusion in Case No. 1:22-cr-00103 applies to Case No. 1:23-cr-00016.  Nonetheless, out of an abundance of caution, the parties STIPULATE that time under the Speedy Trial Act shall be excluded in Case No. 1:23-cr-00016 through May 3, 2023, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  This is because the government has produced discovery to defense counsel that consists of thousands of pages of financial records and defense counsel has further investigation to perform in the case.

Dated:  February 1, 2023

/s/ Marc Days
Marc Days
Counsel for Dennis Falaschi

Dated:  February 1, 2023

/s/ Joseph Barton
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00016-JLT-SKO |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| DENNIS FALASCHI, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, a status conference is scheduled for May 3, 2023, at 1:00 p.m., before the Honorable Sheila K. Oberto. The period through May 3, 2023, inclusive, is excluded under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

DATED: 2/3/2023

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE