PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00016-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| DENNIS FALASCHI, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties through their respective counsel that the status conference scheduled for April 17, 2024, may be continued until May 29, 2024, at 1:00 p.m., before the Honorable Sheila K. Oberto. Mr. Falaschi is charged in the instant tax case and another water case. The water case is United States v. Falaschi, 1:22-cr-00103-JLT-SKO. The water case is scheduled for a change of plea hearing on April 22, 2024. The parties expect the instant tax case to be resolved shortly after the water case is resolved. The government has produced discovery to defense counsel in the tax case, which includes thousands of pages of financial records. Defense counsel has further investigation to perform in the tax case. Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through May 29, 2024, in the interests of justice, including but not limited to, the need for effective

defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of Mr. Falaschi to a speedy trial

Dated:  April 11, 2024  /s/ Marc Days
MARC DAYS
Counsel for Dennis Falaschi

Dated:  April 11, 2024  /s/ Joseph Barton
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00016-JLT-SKO |
| Plaintiff, | ORDER |
| v. | |
| DENNIS FALASCHI, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the status conference scheduled for April 17, 2024, is continued until May 29, 2024, at 1:00 p.m., before the Honorable Sheila K. Oberto.  The period through May 29, 2024, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

DATED: 4/11/2024

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE