PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED

MAY 23 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>            Plaintiff, <br><br>   v. <br><br> DENNIS FALASCHI, <br><br>            Defendant. | CASE NO. 1:23-CR-00016-JLT-SKO <br><br> 26 U.S.C. § 7206(1) – Filing False Tax Return |

<u>SUPERSEDING INFORMATION</u>

<u>COUNT ONE</u>: [26 U.S.C. § 7206(1) – Filing a False Tax Return]

   The United States Attorney charges,

                              DENNIS FALASCHI,

defendant herein, as follows:

   1.   At all relevant times, the Internal Revenue Service ("IRS") was an agency of the United States Department of Treasury responsible for administering the tax laws of the United States.

   2.   From in or around 2011 through in or around 2016, Mr. Falaschi entered into private water sales where he received payments.

   3.   Thereafter, on or about March 15, 2016, in the State and Eastern District of California, Mr. Falaschi did knowingly and willfully make and subscribe a false IRS Form 1040, Individual Income

Tax Return, for the tax year 2015 where he verified by written declaration under penalty of perjury that the return was true and correct. The tax return was filed with the IRS. In that tax return, Mr. Falaschi voluntarily and intentionally did not report as income payments that he received from the private deals in 2015 even though he knew that he was required to report this income and that it was material to the IRS. Instead, Mr. Falaschi falsely reported that his gross income was much lower.

4. This was all in violation of 26 U.S.C. § 7206(1).

Dated: May 23, 2024

PHILLIP A. TALBERT
United States Attorney

By: Joseph Barton
Henry Carbajal III
Assistant United States Attorneys