AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
MAY 28 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:23-cr-00016-JLT-SKO |
| Dennis Falaschi | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 5/28/24

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Marc Days
*Printed name of defendant's attorney*

Jennifer L. Thurston — 10/28/24
*Judge's signature*

Jennifer L. Thurston, U.S District Judge
*Judge's printed name and title*